UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.S., ET AL.,

            Plaintiffs.

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

            Defendant.

21-cv-11178 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by ___3/18___, 2022.

SO ORDERED.

Dated:   New York, New York
          March 1, 2022

                                          _____
                                            John G. Koeltl
                                        United States District Judge