UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.S. ET AL.,

               Plaintiffs,          21-cv-11178 (JGK)

   - against -                    ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the parties to file a joint status report was May 2, 2022. The parties have not done so. The time to file a joint status report is extended to **June 3, 2022**. If the parties do not file a status report by that date, the case may be dismissed for failure to prosecute.

SO ORDERED.
Dated:   New York, New York
          May 23, 2022

                                             John G. Koeltl
                                     United States District Judge